**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 30, 2023**

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

*In re*:

AMERICAN LAND INVESTMENTS, LTD,

*Debtor in Possession.*

Case No. 23-30539
Chapter 11
Judge Humphrey

**ORDER REQUIRING AMENDED PLAN, AMENDED SCHEDULES, AND AMENDED OPERATING REPORTS, AND ORDERING OTHER MATTERS (DOC. 91)**

This matter is before the court on the Debtor-in-Possession *Chapter 11 Subchapter V Plan of Reorganization of American Land Investments, Ltd.* (doc. 91) (the "Plan").

Pursuant to a prior order (doc. 132), the court conducted a Chapter 11 status conference on October 27, 2023, participated in by Paul H. Shaneyfelt, counsel for the Debtor-In-Possession; Christopher L. Wesner, counsel for Interest Party Angela Liette, Patricia J. Friesinger, counsel for Creditors Edwin Liette, Joshua Liette, and JDL Contractors LLC; Joshua A. Koltak, counsel for Minster Bank; Edward H. Cahill, counsel for the United States Trustee, and James A. Coutinho, the Subchapter V. Trustee.

In accordance with the court's colloquy with counsel, with the agreement of counsel, **IT IS ORDERED** that the Debtor-In-Possession shall, **not later than November 9, 2023**, file an amended plan of reorganization, any necessary amended schedules, and all outstanding or necessary amendments to its operating reports. In addition, **IT IS FURTHER ORDERED** that the Debtor shall, **not later than November 9, 2023**, provide to the Subchapter V Trustee and the United States Trustee any other documents and other information previously requested by them.

The hearing on confirmation of the Plan scheduled for October 31, 2023 at 10:00 a.m. is hereby **canceled**. Doc. 108.

**IT IS SO ORDERED.**

Copies to: Default List, Plus

Edward H. Cahill, Office of The United States Trustee, 170 North High Street, Suite 200, Columbus, OH 43215 (Assistant United States Trustee)